## STEGALL *et al. v.* SATTERFIELD *et al.*

GILBERT, J. 1. A statutory affidavit of forgery was filed, attacking one of the deeds in the defendant's chain of title. On the trial of the separate issue thus raised the evidence was sufficient to support the verdict finding in favor of the genuineness of the deed. None of the grounds of the motion relating to the trial of that issue show error, nor were they of such character as to require discussion.

2. There was no abuse of discretion in overruling the motion for a new trial on the main case.

3. The evidence, considered in connection with the admissions contained in the petition, demanded a verdict for the defendant, which the court directed.　　　*Judgment affirmed. All the Justices concur.*

No. 408.　DECEMBER 13, 1917.

Equitable petition. Before Judge Tarver. Bartow superior court. March 31, 1917.

*W. H. Payne, Mundy & Mundy,* and *W. W. Mundy,* for plaintiffs. *Finley & Henson, Neel & Neel,* and *Virgil Jones,* for defendants.